IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE CONSTRUCTION INCORPORATION, JAMES H. ROBERTS, and JIGISHA DESAI,<br><br>Defendants. | No. C 19-04744 WHA<br><br>**ORDER RE MOTIONS TO APPOINT LEAD PLAINTIFF** |

All motions to appoint lead plaintiff must be supplemented by the appended questionnaire and certification (to the extent not already submitted) by **NOVEMBER 5 AT NOON.** As a further note, applications for class counsel shall be deferred until after the lead plaintiff has been appointed.

**IT IS SO ORDERED.**

Dated: October 30, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE