UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS GREENE,

    Plaintiff,

v.

GRANITE CONSTRUCTION INCORPORATED, et al.,

    Defendants.

No. C 19-04744 WHA

**ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

A November 26 order appointed The Police Retirement System of St. Louis as lead plaintiff. St. Louis now moves for appointment of lead counsel. In compliance with the November 26 order, St. Louis has submitted under seal declarations and exhibits explaining the due diligence it has undertaken in its selection of counsel including a certification that no "pay to play" took place as well as an explanation of why it favors its selected counsel over other potential candidates.

Pursuant to the Private Securities Litigation Reform Act, "[t]he most adequate plaintiff shall, subject to the approval of the court, select and retain counsel to represent the class." 15 U.S.C. 78u–4(a)(3)(B)(v). "[I]f the lead plaintiff has made a reasonable choice of counsel, the district court should generally defer to that choice." *Cohen v. U.S. Dist. Court for N. Dist. Of Cal.*, 586 F.3d 703, 712 (9th Cir. 2009).

Originally, lead plaintiff was represented by Robbins LLP, but following its diligence process, lead plaintiff has now selected Bleichmar Fonti & Auld LLP as class counsel. Based on explanations by lead plaintiff and based on the Court's review of the materials submitted, including the fee arrangements and track record submitted by all candidates, the Court appoints the firm of Bleichmar Fonti & Auld LLP as class counsel.

The Court appreciates the time and effort undertaken by the other firms that applied to serve as counsel for lead plaintiff. Lead plaintiff shall file a consolidated complaint by **FEBRUARY 20 AT NOON**. Defendants may file a motion to dismiss (or answer) by **MARCH 26 AT NOON**. Any such motion shall be noticed on the normal 35-day track.

**IT IS SO ORDERED.**

Dated: January 16, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE