# Exhibit C

**Exhibit C**

*Police Ret. Sys. of St. Louis v. Granite Construction Inc. et al*
Case No. 19-cv-04744 WHA (N.D. Cal.)

## <u>Summary Chart of Class Counsel's Hours And Lodestar</u>

From Inception to December 15, 2021

| Timekeeper | Rate | Hours | Lodestar |
|---|---|---|---|
| Bauer, George | $655 | 1,083.10 | $709,431 |
| Bleichmar, Javier | $985 | 827.50 | $815,088 |
| Borkon, Peter | $950 | 893.10 | $848,445 |
| Burry, Benjamin | $655 | 102.60 | $67,203 |
| Dennany, Nicholas | $560 | 187.20 | $104,832 |
| Donders, Lloyd | $390 | 904.70 | $352,833 |
| Erickson, Karyn | $395 | 191.80 | $75,761 |
| Ezring, Kyle | $330 | 92.50 | $30,525 |
| Feliz, Masiel | $350 | 271.22 | $94,927 |
| Fonti, Joseph | $985 | 307.10 | $302,494 |
| George, Lisa | $390 | 877.12 | $342,077 |
| Green, William | $495 | 287.00 | $142,065 |
| Jack, Kelsey | $390 | 775.30 | $302,367 |
| Jurmark, Jennifer | $395 | 484.00 | $191,180 |
| Kubota, Evan | $690 | 546.40 | $377,016 |
| Lee, Zachary | $395 | 221.00 | $87,295 |
| Onaga, Naomi | $395 | 246.50 | $97,368 |
| Patrikios, Peter | $390 | 582.60 | $227,214 |
| Rosenberg, Justin | $390 | 914.00 | $356,460 |
| Russo, Michael | $445 | 46.20 | $20,559 |
| Shikowitz, Ross | $780 | 719.70 | $561,366 |
| Simnowitz, Sara | $780 | 246.30 | $192,114 |
| Stoddard, Thayne | $655 | 311.40 | $203,967 |
| Weinstein, Sheila | $390 | 1,079.40 | $420,966 |
| Williams, Franklyn | $495 | 314.30 | $155,579 |
| **Total** | | **12,512.04** | **$7,079,129** |