United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POLICE RETIREMENT SYSTEM OF ST. LOUIS, on behalf of itself and similarly-situated plaintiffs,

        Plaintiff,

    v.

GRANITE CONSTRUCTION INCORPORATED, JAMES H. ROBERTS, JIGISHA DESAI, and LAUREL J. KRZEMINSKI,

        Defendants.

No.  C 19-04744 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting final approval of class-action settlement, its provisions constitute a full and complete adjudication of the matters considered and adjudged therein.  The Court directs immediate entry of this Judgment by the Clerk.  The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  March 17, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE